exceptions upon any of these parties, except as hereinbefore stated. S. R. Jacques & Tinsley Co. and the Fourth National Bank of Macon filed their motion to dismiss the bill of exceptions. The headnotes state the rulings on this motion.

*Henry G. Howard* and *M. H. Blackshear,* for plaintiff in error.

*Adams, Camp & Youmans, Jones, Park & Johnston, C. C. Crockett,* and *J. B. Green,* contra.

---

JOHN FLANNERY COMPANY *v.* SIMMONS, receiver, *et al.*

HINES, J. This case is controlled by the decision in *Clark Milling Co.* v. *Simmons,* this day decided.

*Writ of error dismissed. All the Justices concur.*

No. 3452. APRIL 14, 1923.

---

## JOHNSON *v.* THE STATE.

1. Motions for continuance are addressed to the sound discretion of the court, and the judgment of the court refusing a continuance will not be reversed unless it is shown that he flagrantly abused his discretion.
2. The remark of the court, though made in the presence and hearing of the panel of jurors, but before any juror had been selected for the trial of the case, to the effect that under a decision of the Supreme Court, " this case may go to the Supreme Court," was not good ground for challenge to the array, in view of the explanation made by the court in the presence of and to the jury.

No. 3467. APRIL 14, 1923.

Indictment for murder. Before Judge Park. Baldwin superior court. October 6, 1922.

*Allen & Pottle,* for plaintiff in error.

*George M. Napier, attorney-general, Doyle Campbell, solicitor-general, Seward M. Smith, assistant attorney-general, A. Y. Clement,* and *Burwell & Fleming,* contra.

BECK, P. J. The plaintiff in error, Cleon Johnson, was put upon trial for the murder of Lonnie Griffin; and the jury trying the case returned a verdict of guilty with a recommendation. Thereupon the accused made a motion for new trial, which was overruled, and he excepted.

1. The original motion for a new trial contains the usual general grounds. An amendment to the motion contains two